847 A.2d 663

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**John D. ENRIGHT, Respondent.**

**No. 890 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 15, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 15th day of March, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board dated December 5, 2003, it is hereby

ORDERED that JOHN D. ENRIGHT be and he is SUSPENDED from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.